AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

Jeffrey K. Lord, Individually, and derivatively on behalf of J.K. Lord , LLC

*Plaintiff(s)*

v.

New American Manufacturing, LLC, Sam Gabriel Assets, LLC, Corbin Blume, Tyler Theobald, C&E Financial Group, Inc.

*Defendant(s)*

Civil Action No. 4:26-CV-00407-MTS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* New American Manufacuring, LLC 2404 Colony Plaza Newport Beach, CA 92660

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin V. Cox, Esq
Kevin V. Cox, PLLC
320 S Boston Ave #1020
Tulsa, OK 74103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ACTING CLERK OF COURT*, Bonnie N. Hackler

Date: 10/5/2026

*Signature of Clerk or Deputy Clerk*

mailed to atty

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

Jeffrey K. Lord, Individually, and derivatively on behalf of J.K. Lord , LLC

*Plaintiff(s)*

v.

New American Manufacturing, LLC, Sam Gabriel Assets, LLC, Corbin Blume, Tyler Theobald, C&E Financial Group, Inc.

*Defendant(s)*

Civil Action No. 4:26-CV-00407-MTS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sam Gabrie lAssets, LLC 2404 Colony Plaza Newport Beach, CA 92660

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin V. Cox, Esq
Kevin V. Cox, PLLC
320 S Boston Ave #1020
Tulsa, OK 74103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ACTING CLERK OF COURT*, Bonnie N. Hackler

Date: 10/5/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

Jeffrey K. Lord, Individually, and derivatively on behalf of J.K. Lord , LLC

*Plaintiff(s)*

v.

New American Manufacturing, LLC, Sam Gabriel Assets, LLC, Corbin Blume, Tyler Theobald, C&E Financial Group, Inc.

*Defendant(s)*

Civil Action No. 4:26-CV-00407-MTS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Corbin Blume, LLC 2404 Colony Plaza Newport Beach, CA 92660

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin V. Cox, Esq
Kevin V. Cox, PLLC
320 S Boston Ave #1020
Tulsa, OK 74103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ACTING CLERK OF COURT*, Bonnie N. Hackler

Date: 10/5/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

Jeffrey K. Lord, Individually, and derivatively on behalf of J.K. Lord , LLC

*Plaintiff(s)*

v.

New American Manufacturing, LLC, Sam Gabriel Assets, LLC, Corbin Blume, Tyler Theobald, C&E Financial Group, Inc.

*Defendant(s)*

Civil Action No. 4:26-CV-00407-MTS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tyler Theobald 777 E 4500 S Ste 220 Salt Lake City, UT 84107

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin V. Cox, Esq
Kevin V. Cox, PLLC
320 S Boston Ave #1020
Tulsa, OK 74103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ACTING CLERK OF COURT*, Bonnie N. Hackler

Date: 10/5/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

| | | |
|---|---|---|
| Jeffrey K. Lord, Individually, and derivatively on behalf of J.K. Lord , LLC<br>*Plaintiff(s)*<br>v.<br>New American Manufacturing, LLC, Sam Gabriel Assets, LLC, Corbin Blume, Tyler Theobald, C&E Financial Group, Inc.<br>*Defendant(s)* | ) | Civil Action No. 4:26-CV-00407-MTS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* C&E Financial Group, Inc. 777 E 4500 S Ste 220 Salt Lake City, UT 84107

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin V. Cox, Esq
Kevin V. Cox, PLLC
320 S Boston Ave #1020
Tulsa, OK 74103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ACTING CLERK OF COURT,* Bonnie N. Hackler

Date: 10/5/2026

*Signature of Clerk or Deputy Clerk*