**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

JEFFREY K. LORD, INDIVIDUALLY, AND DERIVATIVELY/ON BEHALF OF J.K. LORD, LLC,,

Plaintiff,

vs.

NEW AMERICAN MANUFACTURING, LLC; SAN GABRIEL ASSETS, LLC; CORBIN BLUME; TYLER THEOBALD; C&E FINANCIAL GROUP, INC.

Defendant.

Case No.: 4:26-cv-00407-MTS

**NOTICE OF PARTY NAME CORRECTION**

Notice is hereby given of the following party name correction:

Incorrect Party Name: C&E Financial, LLC

Correct Party Name: C&E Financial Group, Inc.

Signature: s/ Michael A. Furlong

Print Name: Michael A. Furlong

Firm: Steptoe & Johnson PLLC

New Address: 210 South Park Avenue, Suite 2300

City, State, Zip Code: Oklahoma City, Oklahoma 73102

Phone Number: (405) 850-5369

Fax Number:

Email Address: michael.furlong@steptoe-johnson.com

OK State Bar Number (if applicable): 31063

**CERTIFICATE OF SERVICE**

I hereby certify that on 11/10/26 (Date), I electronically transmitted the foregoing document to the Clerk of Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Kevin Vincent Cox

s/Michael A. Furlong
Signature